UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS

ROBERT WESTBERRY, et al.
    Plaintiff
    v.                                                          Civil Action No. 3:17-cv-03162-D
GUSTECH COMMUNICATIONS LLC., ET AL.
GUSTAVO SANTAMARIA,
    Defendants.
_____/

### DEFENDANT GUSTAVO SANTAMARIA MOTION TO EXPAND TIME TO FILE ANSWERS

**COMES NOW, Gustavo Santamaria.,** FILES this "**DEFENDANT MOTION TO EXPAND TIME TO FILE ANSWERS**" and states as follows:

1. That Defendant has received and has been served this law suit on November 30th 2017

2. That Defendant owner is out of town and is looking to contract legal counsel to defend this law suit.

3. That Defendant files this motion within the time allowed of 21 days and has sent this motion to the court intake to file motion with a post date of December 20th 2017 via U.S Post office overnight delivery.

4. That defendant will file all Answers very soon by Defendant's attorney.

**WHEREAS** Defendant Gustavo Santamaria, Prays that this Honorable court expands the time needed to allow Defendant to seek and hire an Attorney to Defend this Case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail TO: DREW N. HERRMANN AT 777 MAIN STREET, SUITE 600, FORT WORTH TEXAS 76102 AND VIA EMAIL: DREW@HERRMANNLAW.COM , on this 20TH DAY OF DECEMBER, 2017.

Respectfully submitted,

Mike Alvarez, FOR GUSTAVO SANTAMARIA and
For Gustech Communications LLC.
1974 Carolina Place Dr. Suite 112
Fort Mill, SC 29708



Dated: December 20th, 2017

TO:     UNITED STATES DISTRICT COURT for the NORTHERN DISTRICT OF TEXAS

FROM: Gustavo Santamaria and Gustech Communications LLC

Court Desk Intake
214-753-2200
1100 Commerce St
Room 1452
Dallas Texas 75242

Intake, Please file these 2 Motions from Defendant and stamp and mail back in self address envelopes to Defendants the stamped and conformed copies.

Thank you,

Gustavo Santamaria

