UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS

```
ROBERT WESTBERRY, et al.
    Plaintiff
    v.                                    Civil Action No. 3:17-cv-03162-D
GUSTECH COMMUNICATIONS LLC., ET AL.
GUSTAVO SANTAMARIA,
    Defendants.
_____/
```

### DEFENDANT GUSTECH COMMUNICATIONS LLC, MOTION TO EXPAND TIME TO FILE ANSWERS

**COMES NOW**, Gustech Communications LLC., FILES this "**DEFENDANT MOTION TO EXPAND TIME TO FILE ANSWERS**" and states as follows:

1. That Defendant has received and has been served this law suit on November 30th 2017

2. That Defendant owner is out of town and is looking to contract legal counsel to defend this law suit.

3. That Defendant files this motion within the time allowed of 21 days and has sent this motion to the court intake to file motion with a post date of December 20th 2017 via U.S Post office overnight delivery.

4. That defendant will file all Answers very soon by Defendant's attorney.

**WHEREAS** Defendant Gustech Communications LLC, Prays that this Honorable court expands the time needed to allow Defendant to seek and hire an Attorney to Defend this Case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail TO: DREW N. HERRMANN AT 777 MAIN STREET, SUITE 600, FORT WORTH TEXAS 76102 AND VIA EMAIL: DREW@HERRMANNLAW.COM , on this 20TH DAY OF DECEMBER, 2017.

Respectfully submitted,

*/s/ Mike Alvarez*

Mike Alvarez, FOR GUSTAVO SANTAMARIA and
For Gustech Communications LLC.
1974 Carolina Place Dr. Suite 112
Fort Mill, SC 29708