IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT WESTBERRY, and JARED STUBBLEFIELD, Individually, and on behalf of all others similarly situated under 29 USC 216(b)<br>  Plaintiffs,<br><br>vs.<br><br>GUSTECH COMMUNICATIONS, LLC, and GUSTAVO SANTAMARIA, Individually,<br>  Defendants. | CIVIL ACTION NO. 3:17-CV-03162-D |

## NOTICE OF APPEARANCE AS COUNSEL OF RECORD

COMES NOW the undersigned counsel for the Defendants, pursuant to the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of Texas and the Judge Specific Requirements of the Court to which this case has been assigned and files this Notice of Appearance of Counsel of Record as set forth below.

The undersigned hereby gives notice of appearance in this case as counsel of record for the Defendants and requests that he be provided with notice by electronic means of any and all documents filed in this case.

                Respectfully submitted,

By: _____
**BRYAN C. COLLINS, ESQ.**
State Bar No. 04604850
Email: bcollins@clousedunn.com

**ROGGE DUNN**
State Bar No. 06249500
Email: dunn@clousedunn.com

**CLOUSE DUNN LLP**
1201 Elm Street, Suite 5200
Dallas, TX  75270-2142
Telephone: (214) 220-0077
Facsimile: (214) 220-3833

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on the 12th day of January, 2018.

| | |
|---|---|
| Drew N. Herrmann | ☑ Via ECF |
| HERRMANN LAW, PLLC | ☐ Via Regular Mail |
| 777 Main Street, Suite 600 | ☐ Via Hand Delivery |
| Fort Worth, Texas 76102 | ☐ Via Fax: 817-887-1878 |
| | ☐ Via E-Mail: drew@herrmannlaw.com |
| *ATTORNEY FOR PLAINTIFFS* | ☐ Via CM/RRR No.: |
| *AND CLASS MEMBERS* | |

_____
Bryan C. Collins