# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Dallas Division*

Robert Westberry, et al.
Plaintiff

v.

3:17-CV-03162-D
Civil Action No.

Gustech Communications, LLC, et al.
Defendant

## **CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Gustech Communications, LLC
Gustavo Santamaria

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Robert Westberry, Jared Stubblefield, and all others who may be permitted to join in the suit, Plaintiffs;
Herrmann Law, PLLC, Attorneys for Plaintiffs;
Gustech Communications, LLC, Defendant;
Gustavo Santamaria, Defendant
Bryan C. Collins and Rogge Dunn, Clouse Dunn LLP, Attorneys for Defendants

| | |
|---|---|
| Date: | January 12, 2018 |
| Signature: | *[signature]* |
| Print Name: | Bryan C. Collins |
| Bar Number: | 04604850 |
| Address: | 1201 Elm Street, Suite 5200 |
| City, State, Zip: | Dallas, TX 75270 |
| Telephone: | (214) 220-3888 |
| Fax: | (214) 220 3833 |
| E-Mail: | bcollins@clousedunn.com |
| | dunn@clousedunn.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons